FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Hawkins, Anthony DEFENDANT(S). | CASE NUMBER SACR 09-248(A) DOC-14 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Friday, 2/18/11___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N. Block___, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/16/11___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge